IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,   No. CIV S-03-0732 MCE CMK P

    Plaintiff,

  v.   ORDER

J.M. BRIDLE, et al.,

    Defendants.

_____/

On March 2, 2005, the Magistrate Judge ordered plaintiff's January 18, 2005 motion to compel (doc. 65) moot. On March 24, 2005, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of March 2, 2005 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 24, 2005 request for reconsideration is denied.

DATED: April 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE