IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

    Plaintiff,                   No. CIV S-03-0732 MCE CMK P

    vs.

J.M. BRIDLE, et al.,

    Defendants.              <u>ORDER</u>

_____/

      On March 21, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 9, 2005, mooting the January 26, 2005 motion to compel (doc. 68). Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 9, 2005, is affirmed.

DATED: April 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE