IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER

        Plaintiff,                No. CIV S-03-0732 MCE CMK P

    vs.

J.M. BRIDLE, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.  Currently before the court is plaintiff's motion for the court to pay for plaintiff to obtain a copy of the transcript from his March 10, 2005 deposition, or in the alternative, to direct defendants to provide plaintiff with a copy.  Plaintiff requests a copy of the transcript to "review...prior to the certification of the transcripts."

        Under the circumstances of this motion, plaintiff is not entitled to a copy of the reporter's transcript at either the public's or the defendants' expense.  <u>See</u>, <u>e.g.</u>, 28 U.S.C. § 753 (pro se litigant proceeding in forma pauperis is entitled to production of transcript if trial judge or

///

///

///

1   circuit judge determines that appeal is not frivolous); 28 U.S.C. § 1915(a) (permitting court to

2   waive payment of its own costs, but not empowering the court to order any affirmative

3   expenditure of funds for plaintiff).

4

5                IT IS ORDERED that plaintiff's motion for transcripts is denied.

6

7   DATED:   April 22, 2005

8

9

10                                          /s/   **CRAIG M. KELLISON**
                                            Craig M. Kellison
11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2