IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

        Plaintiff,                  No. CIV S-03-0732 MCE CMK P

   vs.

J.M. BRIDDLE, et al.,

        Defendants.          ORDER

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On February 28, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Quiggle was returned unserved because "returned unexecuted. Can't locate defn.." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed November 29, 2004;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

   a. One completed USM-285 form for defendant Quiggle;

   b. Two copies of the endorsed amended complaint filed November 29, 2004; and

   c. One completed summons form (if not previously provided),

or show good cause why he cannot provide such information.

DATED: June 23, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/kf

holt0732.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

      Plaintiff,                   No. CIV S-03-0732 MCE CMK P

      vs.

J.M. BRIDDLE, et al.,          NOTICE OF SUBMISSION

      Defendants.           OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__     completed summons form

     __1__     completed USM-285 form

     __2__     copies of the November 29, 2004 Amended Complaint

DATED:

                                                           Plaintiff