IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

          Plaintiff,              No. CIV S-03-0732 MCE CMK P

      vs.

J.M. BRIDDLE, et al.,

          Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On February 28, 2005, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendant J. Whitter was returned unserved because "per CDC, unable to locate.  Returned unexecuted."  Plaintiff must provide additional information to serve this defendant.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3 along with an instruction sheet and a copy of the amended complaint filed November 29, 2004;

4    2.  Within sixty days from the date of this order, plaintiff shall complete and

5 submit the attached Notice of Submission of Documents to the court, with the following

6 documents:

7        a.  One completed USM-285 form for defendant J. Whitter;

8        b.  Twp copies of the endorsed amended complaint filed November 29,

9        2004; and

10       c.  One completed summons form (if not previously provided)

11 or show good cause why he cannot provide such information.

12 DATED:   June 23, 2005.

13

14    CRAIG M. KELLISON

15    UNITED STATES MAGISTRATE JUDGE

16 /kf

17 holt0732.8e(1)

18

19

20

21

22

23

24

25

26

2

1
2
3
4
5
6
7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL HOLTSINGER,

11            Plaintiff,                    No. CIV S-03-0732 MCE CMK P

12        vs.

13   J.M. BRIDDLE,                          NOTICE OF SUBMISSION

14            Defendants.                   OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            ___1___        completed summons form

19            ___1___        completed USM-285 form

20            ___2___        copies of the November 29, 2004 _____
                                        Amended Complaint
21

22   DATED:

23

24                                         _____
                                           Plaintiff
25

26