IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

    Plaintiff,                          No. CIV S-03-0732 MCE CMK P

   vs.

J.M. BRIDDLE, et al.,

    Defendants.               ORDER

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On February 28, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Tanya Knight was returned unserved because "North Kern has no record of defn. Returned unexecuted." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the first amended complaint filed November 29, 2004; and

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Tanya Knight;

    b. Two copies of the endorsed first amended complaint filed November 29, 2004; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: August 3, 2005.

                            **CRAIG M. KELLISON**
                            UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

      Plaintiff,                         No. CIV S-03-0732 MCE CMK P

    vs.

J.M. BRIDDLE, et al.,                 NOTICE OF SUBMISSION

      Defendants.                      OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __1__    completed USM-285 form

      __2__    copies of the November 29, 2004 First Amended Complaint

DATED:

                                                                               Plaintiff