IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael Holtsinger

        Plaintiff,                          No. CIV S-03-0732 MCE  CMK

    vs.

J.M. Briddle, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, brought this civil right action alleging that defendants were deliberately indifferent to plaintiff's medical needs in violation of the Eighth Amendment.  On January 31, 2005, plaintiff filed a motion titled "Motion for Judgment on Motion to Amend Complaint and Notice of Missing Page of Complaint with Attached Missing Page 63."  In this motion, plaintiff seeks leave to file an amended complaint.

        The docket reflects that on January 18, 2005, this court filed an order granting plaintiff's motion to amend his complaint and directing service on defendants.  Accordingly, plaintiff's January 31, 2005 motion (doc. 70) is MOOT.

DATED:  August 29, 2005.

                                                                                              **CRAIG M. KELLISON**
                                                                                              UNITED STATES MAGISTRATE JUDGE