IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

    Plaintiff,                  No. CIV S-03-0732 MCE CMK P

  vs.

J.M. BRIDDLE, et al.,

    Defendants.           <u>ORDER</u>

                            /

        On November 14, 2005, the parties filed a stipulation for a voluntary dismissal of defendants Briddle, Evans, Baughman, Stafford, Felker, Jackson, Wagner, Weaver, Gillette, Whittier, Armetta, Rohlfing, Roche, Baron, Laguna, Martin and Quiggle.

        Accordingly, IT IS HEREBY ORDERED that defendants Briddle, Evans, Baughman, Stafford, Felker, Jackson, Wagner, Weaver, Gillette, Whittier, Armetta, Rohlfing, Roche, Baron, Laguna, Martin and Quiggle are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

///

///

///

///

1  IT IS FURTHER ORDERED that defendant Runnels, in his official capacity as
2  Warden of High Desert State Prison, shall remain as the sole defendant until dismissed pursuant
3  to the terms and conditions of a private settlement agreement entered into pursuant to 18 U.S.C.
4  § 3626 (c)(2).

6  DATED: December 4, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE