IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

    Plaintiff,

  vs.                                No. CIV S-03-0732 MCE CMK P

J. M. BRIDDLE, et al.,

    Defendants.                 ORDER

_____/

        Plaintiff is a prisoner proceeding pro se and in forma paupris with a civil rights action under 42 U.S.C. §1983  This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        On January 18, 2005, the court granted plaintiff leave to file an amended complaint.  T. Knight was named as a defendant in plaintiff's first amended complaint.  A review of the docket reflects that plaintiff has made several attempts to ascertain defendant Knight's address through discovery and public records and has sought judicial intervention.  In an order filed August 30, 2005, which addressed plaintiff's February 11, 2005 request for authorization to serve defendant Knight by publication, the court noted that the United States Marshal Service had sent waivers to defendant Knight, but it was apparent that the United State Marshal Service

had not attempted to personally serve defendant Knight. In its August 30, 2005 order, the court ordered the United States Marshal Service to attempt to personally serve process on defendant Knight. To date, defendant Knight has not yet been served. It is unclear if the United States Marshal Service has attempted personal service on defendant Knight.

Accordingly, IT IS ORDERED that:

1. In accordance with the court's February 28, 2005 order directing the United States Marshal Service to serve defendants, the United States Marshal Service is directed to attempt to personally serve process upon defendant Knight pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c). In executing this order, the United States Marshal Service shall command all necessary assistance from the CDC to personally serve process on defendant Knight, including ascertaining any forwarding business and home address known to the CDC. The United States Marshal Service shall maintain the confidentiality of all information provided by the CDC pursuant to this order;

2. Within thirty days of the date that this order is filed, the Untied States Marshal Service must file with the court a statement that personal service was attempted for defendant Knight and whether it was successful and;

3. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal Service.

DATED: January 11, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE