IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

    Plaintiff,                    No. CIV S-03-0732 MCE CMK P

    vs.

J.M BRIDDLE et al.,

    Defendants.

_____/   <u>ORDER</u>

        Plaintiff, who is a state prisoner proceeding without counsel and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On January 27, 2006, defendant D.L. Runnels filed a stipulation of voluntary dismissal with prejudice.

        Accordingly, IT IS ORDERED that defendant D.L. Runnels is dismissed from this action, with prejudice, pursuant to Fed. R. Civ. P 41(a)(2).

///
///
///
///
///

IT IS FURTHER ORDERED that Defendant T. Knight and defendant John Doe # 5 remain as defendants in this case.

DATED: February 9, 2006.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26