IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

        Plaintiff,                    No. CIV S-03-0732 MCE CMK P

    vs.

J.M. BRIDDLE, et al.,

        Defendants.          ORDER

_____/

        Plaintiff, who is proceeding without counsel and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. Currently before the court is plaintiff's motion to amend his complaint and proposed amended complaint and plaintiff's notification that he has discovered an address for Tanya Knight, a defendant previously unserved in this action.

**Background**

        Plaintiff filed his complaint in April 2003 against several defendants. All defendants were served, except for defendant John Doe # 5 and defendant Tanya Knight. Pursuant to the parties' stipulations, the court entered orders dismissing all the other defendants with prejudice. (Docs. 134 and 136.) In both orders, the court noted that defendants T. Night and John Doe # 5 remained as defendants.

///

1

On February 10, 2006, the court entered an order denying plaintiff's request for production of documents from defendants for use in identifying John Doe #5 because the record revealed that defendants had previously identified John Doe # 5 as Dr. Nolan. (Doc. 137.) Although plaintiff had rejected the defendants' identification of John Doe #5, the court found that defendants had identified John Doe #5 as Dr. Nolan and that plaintiff therefore had sufficient information to serve John Doe #5.

**Discussion**

Plaintiff seeks to amend his complaint. Pursuant to Rule 15, a party may amend the party's pleadings after a responsive pleading has been served only by leave of the court or by written consent of the adverse party. Fed. R. Civ. P 15(a). Leave to amend shall be freely given when justice so requires. Accordingly, the court grant's plaintiff's motion to file a second amended complaint.

The court also notes that this action has been filed since 2003 and plaintiff has yet to serve defendants Knight and John Doe # 5 (now identified as Dr. Nolan). On February 23, 2006, plaintiff provided the court with notice that he had discovered a possible address for defendant Knight. The court finds that plaintiff has enough information to identify and serve John Doe #5.

**Conclusion**

In accordance with the above, IT IS ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint in granted;

2. The Clerk of the Court is directed to file plaintiff's proposed second amended complaint, which was lodged on March 1, 2006;

3. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the second amended complaint filed March 1, 2006; and

///

4.  Within thirty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a.  Two completed USM-285 forms—one for defendant Tanya Knight and one for defendant Dr. Nolan (who has been identified as John Doe #5)

    b.  Three copies of the endorsed second amended complaint filed March 1, 2006; and

    c.  Two completed summons forms. Plaintiff is cautioned that failure to return these materials for service on the above named defendants may result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 4m.

Dated: March 23, 2006

/s/ Craig M. Kellison  
Craig M. Kellison  
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV |
| vs. | |
| | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____ / | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____

             Complaint/Amended Complaint

DATED:

                                                                                          Plaintiff