IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,,

      Plaintiff,                       No. CIV S-03-0732 MCE CMK P

      vs.

J.M. BRIDDLE, et al.,

      Defendants.

_____/      <u>ORDER TO SHOW CAUSE</u>

      On July 11, 2006, the court filed an order directing service by the United States Marshal on defendant Tanya Knight. In the order, the Marshal's Service was ordered to notify defendant Knight of this action and seek a waiver of summons. More than sixty days have passed since the Marshal's Service was directed to serve defendant Knight and the Marshal's service has not notified the court of the status of service upon defendant Knight.

///

///

///

///

///

///

1  IT IS ORDERED THAT the United States Marshal's Service in Sacramento is
2  ordered to show cause, in writing, within twenty days from the date of this order, why service has
3  not been attempted on defendant Knight.  If service has been attempted, the Marshal Service is
4  directed to report the status of that attempt to the court.
5  The Clerk of the Court is directed to serve a copy of this order on the United States
6  Marshal.

8  DATED:   September 25, 2006.

          _____
          **CRAIG M. KELLISON**
          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26