IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

       Plaintiff,

  vs.                                No. CIV S-03-0732 MCE CMK P

J. M. BRIDDLE, et al.,            ORDER GRANTING REQUEST TO

       Defendants.           FILE MOTION TO WITHDRAW AS

                                     ATTORNEY UNDER SEAL

                             /

       Good cause appearing, the request of plaintiff's counsel, Catherine Campbell, to file a notice of motion and motion to withdraw as counsel under seal, is granted.

DATED:   January 31, 2007.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE