IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

      Plaintiff,                      No. CIV S-03-0732 MCE CMK P

   vs.

J.M. BRIDDLE, et al.,

      Defendants..

_____/    ORDER

      Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).  On January 31, 2007, plaintiff's counsel, Catherine Campbell, filed a motion to withdraw as plaintiff's counsel in this matter.[1]  The court has reviewed the points and authorities submitted by counsel in support of her motion to withdraw.  Good cause appearing, the court will grant her motion.

///

///

///

///

---

[1] Pursuant to the court's order, this motion was filed under seal.  (Doc. 170.)

IT IS ORDERED that Catherine Campbell's motion to withdraw as plaintiff's attorney is granted.

DATED: February 6, 2007.

*[signature: Craig M. Kellison]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE