IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLTSINGER, | No. 2:03-cv-0732-MCE-CMK-P |
| Plaintiff, | |
| v. | ORDER |
| J.M. BRIDDLE, et al., | |
| Defendants. | |
| _____/ | |

On February 20, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 7, 2007, granting the withdrawal of attorney Catherine Campbell as counsel for plaintiff. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed February 7, 2007, is affirmed.

Dated: March 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE