IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

    Plaintiff,                 No. CIV S-03-0732 MCE CMK P

    vs.

J.M. BRIDDLE, et al.,

    Defendants..

_____/     <u>ORDER</u>

On March 29, 2007, plaintiff filed a request for an extension of time to file an opposition to defendant Nolan's motion for summary judgment, and he also filed his opposition to defendant Nolan's motion for summary judgment. Good cause appearing, plaintiff is granted an extension of time, and his opposition is timely filed.

IT IS SO ORDERED.

DATED: April 3, 2007.

                                     _____
                                     **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE