IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,

    Plaintiff,                    No. CIV S-03-0732 MCE CMK P

    vs.

J.M. BRIDDLE, et al.,          <u>ORDER CLARIFYING THE</u>

    Defendants.           <u>COURT'S APRIL 25, 2007</u>

                       /          <u>ORDER APPOINTING COUNSEL</u>

        On April 25, 2007, this court filed an order appointing the King Civil Rights Clinic to represent plaintiff.  The court now clarifies that order as follows.  The King Civil Rights Clinic is appointed for the limited purpose of representing plaintiff in his evidentiary hearing regarding damages against defendant Knight, as described in the court's April 4, 2007 order. (Doc. 185.)  Plaintiff is proceeding without counsel for all other aspects of the instant action, including the pending motion for summary judgment filed by defendant Nolan.

        IT IS SO ORDERED.

DATED:  May 7, 2007.

                                                 **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE