IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,   No. CIV S-03-0732-MCE-CMK-P

    Plaintiff,

  vs.   ORDER

J.M. BRIDDLE, et al.,

    Defendants.

                               /

       Plaintiff, a state prisoner, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On April 25, 2007, the court appointed the Kings Hall Civil Rights Clinic to represent plaintiff in his upcoming hearing regarding damages against defendant Knight, who has defaulted.[1]  In addition, on May 29, 2007, the court issued findings and recommendations concerning defendant Nolan's motion for summary judgment.  Objections to the findings and recommendations are not due until late June 2007.  In light of this procedural history, the court finds it appropriate to vacate the September 21, 2006, scheduling order and the trial date, which is currently set for October 1, 2007.  Defendants request (Doc. 199) will be granted.

---

[1] Counsel was appointed to represent plaintiff on this issue only.  In all other respects, plaintiff proceeds pro se.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to vacate the scheduling order (Doc. 199) is granted;
2. The September 21, 2006, scheduling order is vacated; and
3. The October 1, 2007, trial date is vacated.

DATED: June 7, 2007.

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE