IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,                         No. CIV S-03-0732-MCE-CMK-P

    Plaintiff,

  vs.                                                          ORDER

J.M. BRIDDLE, et al.,

    Defendants.

_____/

        On April 25, 2007, the court appointed the Kings Hall Civil Rights Clinic to represent plaintiff regarding damages against defendant Knight, who has defaulted.[1]  A status conference has been set for August 21, 2007.  Due to a conflict in the court's calendar, the status conference is hereby re-set for August 23, 2007, at 11:00 a.m. in Redding, California.

        IT IS SO ORDERED.

DATED: June 14, 2007.

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel was appointed to represent plaintiff on this issue only.  In all other respects, plaintiff proceeds pro se.

1