IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,                           No. 2:03-cv-00732-MCE-CMK-P

    Plaintiff,

  v.                                                          ORDER

J.M. BRIDDLE, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On May 29, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Timely objections to the findings and recommendations have been filed. Defendants filed objections to the May 29, 2007, findings and recommendations specifically concerning the Magistrate Judge's statement that this action would remain open as against defendants Runnels and Knight only.

///

1

1  In particular, defendants observe that defendant Runnels was dismissed with prejudice on
2  February 10, 2006, pursuant to a settlement agreement.  Defendants' objections is well taken.  It
3  appears that the inclusion of defendant Runnels in the conclusion portion of the May 29, 2007,
4  findings and recommendations was merely an oversight.
5      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
6  this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file,
7  the court finds the findings and recommendations to otherwise be supported by the record and by
8  proper analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1.   The findings and recommendations filed May 29, 2007, are adopted in full, except
11  with respect to defendant Runnels, whose February 10, 2006, dismissal is hereby ratified;
12     2.   Defendant Nolan's motion for summary judgment (Doc. 180) is granted;
13     3.   Defendant Nolan is dismissed with prejudice; and
14     4.   This action remains open as against defendant Knight only.

Dated: July 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE