# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,   No. CIV S-03-0732-MCE-CMK-P

    Plaintiff,

  vs.   ORDER

J.M. BRIDDLE, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request to continue the status conference currently set for August 23, 2007.  Good cause appearing, the status conference is hereby rescheduled to September 25, 2007, at 10:00 a.m. before the undersigned at the United State District Court in Redding, California.  The parties are reminded that telephonic appearances are permitted.

    IT IS SO ORDERED.

DATED: August 17, 2007.

                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE