IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLTSINGER, | No. CIV S-03-0732-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER AFTER STATUS CONFERENCE |
| J.M. BRIDDLE, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, a state prisoner, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

  A status conference was held on September 25, 2007 at 10:00 a.m. Certified Law Student Baraa Kahf and Attorney Carter White, UC Davis King Hall Civil Rights Clinic, appeared telephonically on behalf of plaintiff. There was no appearance from defendant Knight. The purpose of the status conference was to determine the procedure for plaintiff's evidentiary hearing to prove damages against defaulted defendant Knight.

///

///

This matter will be set for an evidentiary hearing on November 29, 2007 at 1:30 p.m. before the undersigned at the United States District Courthouse, 2986 Bechelli Lane, Redding, California. Plaintiff's attorney anticipates that in addition to the submission of plaintiff's medical records, plaintiff's testimony will be necessary. Therefore, this court will issue a separate Order and Writ of Habeas Corpus Ad Testificandum directing the California Department of Corrections and Rehabilitation to produce plaintiff in court to testify.

Plaintiff will be required to file copies of any documents to be offered at the hearing for proof of damages. Plaintiff will also be required to file a list of the documents and any witnesses that will be testifying at the hearing. These lists and any documents are to be filed with this court on or before November 19, 2007.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is set for an evidentiary hearing on November 29, 2007 at 1:30 p.m. before the undersigned at the United States District Courthouse, 2986 Bechelli Lane, Redding, California; and

2. Plaintiff shall file a list of any documents and witnesses, plus copies of any documents, to be offered at the hearing on or before November 19, 2007.

DATED: October 1, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE