IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLTSINGER, | No. CIV S-03-0732-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| J.M. BRIDDLE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's ex parte request to appear by video (Doc. 216).

      An evidentiary hearing in this case has been set for November 29, 2007 to provide plaintiff an opportunity to prove his damages against defaulted defendant Knight. Plaintiff is requesting to attend this hearing by way of video conference instead of personal appearance. This request will be granted. In order to accommodate petitioner's request, the court will reset the evidentiary hearing for January 24, 2008, at 1:30 p.m. Under separate order, the court will reissue an order and writ of habeas corpus ad testificandum requiring petitioner to appear by video-conferencing.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's ex parte request to appear by video-conferencing (Doc. 216) is granted;

2. The evidentiary hearing is reset for January 24, 2008, at 1:30 p.m. before the undersigned at the United States District Courthouse, 2986 Bechelli Lane, Redding, California; and

3. Plaintiff shall file a list of any documents and witnesses, plus copies of any documents, to be offered at the hearing on or before January 14, 2008.

DATED: November 15, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2