IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLTSINGER, | No. CIV S-03-0732-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR VIDEO-CONFERENCE APPEARANCE |
| J.M. BRIDDLE, et al., | |
| Defendants. | |
| _____/ | |

Michael Holtsinger, inmate # J-62569, who is required to testify by video-conference, is confined in California State Prison, Los Angeles County (LAC), 44750 60th Street West, Lancaster, CA 93536-7620, in the custody of the warden of that facility. In order to secure this inmate's appearance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Craig M. Kellison, to appear by video-conference at California State Prison, Los Angeles County (LAC), on January 24, 2008, at 1:30 p.m.

/ / /

/ / /

/ / /

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conference before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on Andre Carrier, United States District Court Telecommunications Systems Manager, and Diana Chance, Litigation Coordinator at California State Prison, Los Angeles County (LAC), at the address indicated below.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:   The Warden of California State Prison, Los Angeles County (LAC)
       44750 60th Street West
       Lancaster, CA 93536-7620:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conference, and from day to day until completion of the proceedings or as ordered by the court;

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  December 20, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE