# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLTSINGER, | No. CIV S-03-0732-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| J.M. BRIDDLE, et al., | |
| Defendants. | |
| _____ / | |

Pursuant to an Order and Writ of Habeas Corpus Ad Testificandum issued December 21, 2007 (Doc. 221), plaintiff Michael Holtsinger, inmate # J-62569, confined in California State Prison, Los Angeles County, was required to appear at proceedings in this case on January 24, 2008, via video-conference. However, due to the stipulation of the parties, the hearing in this matter has been continued, and plaintiff's personal appearance is no longer required at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. The Order and Writ of Habeas Corpus Ad Testificandum (Doc 221) is vacated;

/ / /

1

1       2.      The Clerk of the Court is directed to serve a copy of this order on the
2  Warden of California State Prison, LAC, 44750 60th Street West, Lancaster, California 93536;
3  and
4       3.      The Clerk of the Court is directed to serve a courtesy copy of this order
5  vacating the order and writ of habeas corpus ad testificandum on the Out-To-Court Desk,
6  California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

 DATED:  January 18, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE