1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MICHAEL HOLTSINGER,                      No. CIV S-03-0732-MCE-CMK-P

12                     Plaintiff,

13          vs.                               <u>ORDER</u>

14   KNIGHT,

15                     Defendant.

16   _____/

17          Plaintiff, a state prisoner proceeding with appointed counsel, brings this civil rights

18   action pursuant to 42 U.S.C. § 1983.[1]  The matter was referred to a United States Magistrate

19   Judge pursuant to Eastern District of California local rules.

20          On June 27, 2008, the magistrate judge filed findings and recommendations herein

21   which were served on the parties and which contained notice that the parties may file objections

22   within a specified time.  Timely objections to the findings and recommendations have been filed.

23

24   / / /

25   _____

26          [1]     The Kings Hall Civil Rights Clinic was appointed to represent plaintiff in
     connection with entry of default judgment.  (<u>See</u> Docs. 185 and 194).

                                              1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2  304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

3  file, the court finds the findings and recommendations to be supported by the record and by

4  proper analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.    The findings and recommendations filed June 27, 2008, are adopted in full;

7    2.    Plaintiff's request for judicial notice (Doc. 236) is granted;

8    3.    Defendant's motion to set aside entry of default (Docs. 223 and 224) is

9  granted;

10   4.    The default entered on March 20, 2007, is set aside; and

11   5.    This case is referred back to the magistrate judge for further proceedings.

12  Dated:  August 4, 2008

13

14                MORRISON C. ENGLAND, JR.
                  UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26