IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLTSINGER, | No. CIV S-03-0732-MCE-CMK-P |
| Plaintiff, | |
| vs. | **AMENDED** ORDER AFTER STATUS CONFERENCE |
| J.M. BRIDDLE, et al., | |
| Defendants. | |
| _____ / | |

   Plaintiff, a state prisoner, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   A status conference was held on November 20, 2008 at 10:00 a.m. Certified Law Student Lauren Jew and Attorney Carter White, UC Davis King Hall Civil Rights Clinic, appeared telephonically on behalf of plaintiff. Carrie A. Frederickson, Esq. appeared telephonically on behalf of defendant Voros.

   Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the following schedule is set for this matter pursuant to Federal Rule of Civil Procedure 16(b):

1

PDF created with pdfFactory trial version www.pdffactory.com

1.       Initial disclosures shall be exchanged no later than November 21, 2008;

2.       The parties shall exchange lists of expert witnesses no later than April 27, 2009.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).  The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e)(1).  Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

2.       All discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by June 15, 2009;

3.       All other pre-trial motions, including dispositive motions, shall be noticed to be heard by July 15, 2009;

4.       The pre-trial conference is set for September 25, 2009 at 9:00 a.m. before the Honorable Morrison C. England, at the United States District Courthouse, 501 I Street, Sacramento, California, in courtroom 7.  **A joint** pre-trial statement shall be filed by September 4, 2009, as pursuant to Local Rule 16-281.  At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

5.       Trial of this matter is set for November 9, 2009, at 9:00 a.m. in courtroom 7 before the Honorable Morrison C. England.  The parties shall file trial briefs pursuant to Local Rule 16-285.

DATED:  December 2, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com