| | |
|---|---|
| 1 | KING HALL CIVIL RIGHTS CLINIC |
| | CARTER C. WHITE, CSB #165149 |
| 2 | U.C. Davis School of Law |
| | One Shields Avenue, Bldg. TB-30 |
| 3 | Davis, CA  95616-8821 |
| | (530) 752-5440 |
| 4 | Fax (530) 752-5788 |
| | ccwhite@ucdavis.edu |
| 5 | |
| | Attorney for Plaintiff |
| 6 | Michael Holtsinger |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,                )  NO. CIV S-03-0732-MCE-CMK-P
                                   )
          Plaintiff,               )  **AMENDED STIPULATION AND ORDER**
                                   )  **RESETTING DEADLINE FOR EXPERT**
vs.                                )  **WITNESS DISCLOSURES**
                                   )
TANYA VOROS,                       )
                                   )
          Defendant.               )
                                   )

The parties stipulate and request the Court to order that the deadline for expert witness disclosures on the Amended Order After Status Conference (Doc. 253) is continued from its currently scheduled date until Wednesday, May 20, 2009.  This continuance is necessary because counsel for Attorney for Plaintiff is scheduled to be in a jury trial on April 28, 2009 in another court in Case No. 2:01-cv-0412-LKK, Lyons v. Baughman, et al., and counsel for Defendant recently completed a trial.  In addition, the jury trial in which Plaintiff's counsel is involved was delayed due to illness of one of the attorneys, and Defendant's expert needs additional time to complete a report.

//

//

//

| | |
|---|---|
| Dated: May 4, 2009 | /S/ Carter C. White<br><br>_____<br>Carter C. White<br>Attorney for Plaintiff,<br> Michael Holtsinger |
| Dated: May 4, 2009 | /S/ Carrie Frederickson<br><br>_____<br>Carrie A. Frederickson<br>Attorney for Defendant,<br> Tonya Voros |

**IT IS SO ORDERED.**

DATED: May 6, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE