**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MICHAEL HOLTSINGER,                          No. CIV S-03-0732-MCE-CMK-P

        Plaintiff,

   vs.                                                            ORDER

TANYA VOROS,

        Defendant.

_____/

        Plaintiff, a state prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed an ex parte application for authority to incur costs (Doc. 257). The court finds it necessary to hold an ex parte hearing on this matter with Plaintiff's counsel. Accordingly, an ex parte hearing on Plaintiff's request is set for June 5, 2009, at 11:30 a.m. in Redding, California.

        IT IS SO ORDERED.

DATED: June 4, 2009

                          _____
                          **CRAIG M. KELLISON**
                          UNITED STATES MAGISTRATE JUDGE

1