KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLTSINGER, <br><br> Plaintiff, <br><br> vs. <br><br> TONYA VOROS, <br><br> Defendant. | Case No. 2:03-CV-0732-MCE-CMK-P <br><br> **ORDER VACATING PRETRIAL AND TRIAL DATES** |

Upon consideration of the stipulation of the parties (Doc. 309), the Pretrial Conference date of October 1, 2009, and the Trial date of November 9, 2009 are vacated. The Court will enter an updated scheduling order following its rulings on the Plaintiff's motion for sanctions and the Defendant's motion to withdraw as counsel.

IT IS SO ORDERED.

DATED: September 25, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1