IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HOLTSINGER,   No. CIV S-03-0732-MCE-CMK-P

    Plaintiff,

  vs.   ORDER

TANYA VOROS,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Defendant Voros is now appearing pro se.

        As the trial and pretrial dates set in this case have been vacated, a new schedule needs to be set. The Pretrial Conference is hereby reset for February 24, 2010, at 10:00 a.m. before the undersigned in Redding, California. Separate pre-trial statements shall be filed pursuant to Local Rule 281(a)(1). It is further ordered that the personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference, unless otherwise approved by the court.

        The trial is reset for March 15, 2010, at 9:00 a.m. in courtroom #7, before the Honorable Morrison C. England, Jr. The parties are ordered to file their trial briefs, witness list,

1

and exhibit list, pursuant to Local Rule 285, by February 18, 2010.

In addition, the parties are informed that the issue of trial by jury will specifically be addressed at the Pretrial Conference. If any party fails to appear at the Pretrial Conference, the court will construe that failure to appear as a waiver of their request for jury trial.

IT IS SO ORDERED.

DATED: January 29, 2010

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE