IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLTSINGER,<br><br>    Plaintiff,<br><br>  vs.<br><br>TANYA VOROS,<br><br>    Defendant.<br>_____/ | No. CIV S-03-0732-MCE-CMK-P<br><br><br><u>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TELEPHONIC APPEARANCE</u><br><br>As to Paul Magnan, Inmate# 10004662, PFN: DPG674 |

    **Paul Magnan**, Inmate# 10004662, PFN: DPG674, who is required to testify by telephone, is confined in **Santa Clara County Jail - Main Jail South**, 180 West Hedding Street, San Jose, California 95110, in the custody of the Santa Clara County Sheriff at that facility. In order to secure this inmate's appearance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Morrison C. England, Jr., to appear TELEPHONICALLY in Court, 14th Floor, Courtroom No. 7, United States Courthouse, 501 I Street, Sacramento, California on **March 15, 2010 at 9:00 a.m.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to testify telephonically before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on Andre Carrier, United States District Court Telecommunications Systems Manager, and Admin Booking, Santa Clara County Jail, 885 San Pedro Street, San Jose, California 95110, fax number (408) 299-8725.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Sheriff of Santa Clara County Jail - Main Jail South,
180 West Hedding Street
San Jose, CA 95110:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, and from day to day until completion of the proceedings or as ordered by the court;

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 1, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE