1

2

3

4

5

6

7

8                 **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    MICHAEL HOLTSINGER,                    No. CIV S-03-0732-MCE-CMK-P

12                      Plaintiff,

13           vs.                             <u>ORDER</u>

14    TAYA VOROS,

15                      Defendant.

16    _____/

17            Plaintiff, a state prisoner, brought this civil rights action pursuant to 42 U.S.C.

18    § 1983.   Final judgment was entered on March 29, 2010, and the Ninth Circuit Court of Appeals

19    affirmed the judgment in an unpublished memorandum disposition filed on July 14, 2011.

20    Pending before this court is plaintiff's motion for transcripts at government expense (Doc. 351).

21    Because transcripts were prepared (<u>see</u> Doc. 358), and because the appeal has been resolved, the

22    motion is denied as moot.

23    / / /

24    / / /

25    / / /

26    / / /

1

1          IT IS SO ORDERED.

2

3     DATED:  July 25, 2011

4
                                    _____
5                                   **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26